ACCEPTED
03-15-00228-CR
7353245
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/13/2015 2:30:03 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00228-CR

| | |
|---|---|
| CLIFTON CREWS HOYT | IN THE |
| V. | THIRD COURT OF APPEALS |
| THE STATE OF TEXAS | AUSTIN, TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/13/2015 2:30:03 PM
JEFFREY D. KYLE
Clerk

## STATE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE FIRST COURT OF APPEALS:

NOW COMES the State of Texas, Appellee in the above entitled and numbered cause and files this Motion for Extension of Time to File Appellee's Brief, and in support thereof would show the Court the following:

I.

Appellant was found guilty of Driving While Intoxicated, 3rd or more, a Third Degree felony enhanced to a Second Degree felony, and the Judge assessed punishment at 14 years confinement in the Texas Department of Criminal Justice on March 17, 2015. Appellant filed a Notice of Appeal on April 14, 2015. Appellant's brief was filed on September 14, 2015. The State's brief is currently due on October 14, 2015.

II.

The State has not requested an extension in this case prior to this request.

III.

The State requests this extension of time due to the following: Counsel for the State has been involved in prosecution of cases including preparation for contested hearings, pretrial hearings, grand jury case review, negotiations with opposing counsel, guilty pleas and other hearings in additional pending felony cases. Additionally, Counsel for the State was out of the office while attending the Texas District and County Attorney's Association's Annual Criminal & Civil Law Update from September 22nd to September 25th, 2015.

WHEREFORE, The Attorney for the State requests an extension of thirty (30) days to November 13, 2015, in which to file State's Brief.

Respectfully submitted,



_____
Richard Villarreal
Assistant District Attorney
51st Judicial District
124 W. Beauregard, Suite B
San Angelo, TX  76903
(325) 659-6583
State Bar No. 00797602

SWORN TO AND SUBSCRIBED before me by the said Richard Villarreal, this 13th day of October, A. D. 2015.

CHRISTINE GEORGE
Notary Public, State of Texas
My Commission Expires
June 28, 2016

_____
Notary Public
State of Texas

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Extension of Time to File Appellee's Brief was this 13th day of October, 2015, delivered to John Thomas Floyd III and Christopher M. Choate, Attorneys for Appellant, through e-file .txcourts.gov                             .

_____
Richard Villarreal